IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants-Appellants. | No. 25-1677 |

**CIRCUIT RULE 27-3 CERTIFICATE**

The undersigned counsel certifies that the following is the information required by Circuit Rule 27-3:

**(1) Telephone numbers and addresses of the attorneys for the parties**

Representing all plaintiffs:

Danielle Evelyn Leonard (415-421-7151, dleonard@altshulerberzon.com)
James Baltzer (415-421-7151, jbaltzer@altshulerberzon.com)
Robin Starr Tholin (415-421-7151, rtholin@altshulerberzon.com)
Scott Alan Kronland (415-421-7151, skronland@altshulerberzon.com)
Stacey M. Leyton (415 421-7151, sleyton@altshulerberzon.com)
Eileen B. Goldsmith (415-421-7151, egoldsmith@altber.com)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108

Representing plaintiffs Main Street Alliance, Coalition to Protect Americas National Parks, Western Watersheds Project, Vote Vets Action Fund Inc.:

Norman Larry Eisen (202-753-9667, norman@statedemocracydefenders.org)
State Democracy Defenders Action
2022 Columbia Road NW, # 214
Washington, DC 20009-1309

Representing plaintiff American Federation of Government Employees, AFL-CIO:

Rushab Sanghvi (202-777-3066, sanghr@afge.org)
American Federation of Government Employees
80 F Street, NW
Washington, DC 20001

Representing plaintiff American Federation of State County And Municipal Employees, AFL-CIO:

Teague Pryde Paterson (202-775-5900, tpaterson@afscme.org)
Matthew Stark Blumin (202-775-5900, mblumin@afscme.org)
AFSCME Information Center, Office of the General Counsel
1625 L Street, NW
Washington, DC 20036

Representing plaintiff American Federation of Government Employees Local 1216:

Rushab Sanghvi (202-777-3066, sanghr@afge.org)
American Federation of Government Employees
80 F Street, NW
Washington, DC 20001

Representing plaintiff State of Washington:

Tera Marie Heintz (360-664-3027, tera.heintz@atg.wa.gov)
Cristina Sepe (360-753-7085, cristina.sepe@atg.wa.gov)
Cynthia L Alexander (206-326-5488, cynthia.alexander@atg.wa.gov)
Washington Attorney General's Office - Solicitor General's Office
1125 Washington Street SE
P.O. Box 40100
Olympia, WA 98504-0100

Representing all defendants:

Courtney Dixon (202-353-8189, courtney.l.dixon@usdoj.gov)
Joshua Koppel (202-514-4820, joshua.m.koppel@usdoj.gov)
Casen Ross (202-415-1923, casen.ross@usdoj.gov)
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530


Representing amicus American Physical Society:

Cortlin Hall Lannin (415-591-7078, clannin@cov.com)
Mishi Jain (832-661-1288, mjain@cov.com)
Sarah Harrington (202-662-6000, sharrington@cov.com)
Covington & Burling LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105

Representing amicus County of Santa Clara:

Raphael N. Rajendra (408-299-5900, raphael.rajendra@cco.sccgov.org)
Office of the County Counsel
70 West Hedding Street
East Wing, Ninth Floor
San Jose, CA 95110


**(2) Facts showing the existence and nature of the emergency**

On January 20, 2025, President Donald J. Trump issued a memorandum instituting a hiring freeze of federal civilian employees, and ordering agencies to identify ways to reduce the size of the federal government. Dkt. 111-6, at 1-2. The Office of Personnel Management (OPM) subsequently provided guidance to all federal agencies to identify employees on probationary periods, and indicated that

agencies should determine whether to retain those employees. Beginning on February 13, federal agencies began terminating probationary employees.

The district court entered a temporary restraining order (TRO) on February 27, 2025, invalidating OPM's guidance, and requiring OPM to provide written notice of the TRO to six agencies—National Park Service, Bureau of Land Management, Department of Veterans Affairs, Department of Defense, Small Business Administration, and National Science Foundation. Dkt. 45, at 24. OPM complied with that TRO, Dkt. 64-1; and plaintiffs filed a second amended complaint, naming additional plaintiffs and 22 additional federal agencies as defendants. Dkt. 90.

On March 13, the district court entered a preliminary injunction (even though plaintiffs never filed a motion seeking that relief), ordering six agencies—the Departments of Veterans Affairs, Agriculture, Defense, Energy, Interior, and Treasury—to:

- "offer reinstatement to any and all probationary employees terminated on or about February 13th and 14th 2025";

- "cease any termination of probationary employees at the direction of … OPM"; cease using a template termination notice provided by OPM; and

- submit, within seven days, a list of all probationary employees that had been terminated "with an explanation as to each of what has been done to comply with [the court's] order."

3/13/25 Tr. 52:7-24, 53:13-25, 54:5-9. The defendants filed a motion to stay the injunction and sought relief in this Court the following day.

The district court's injunction requires six federal agencies to extend employment offers to thousands of employees who had been terminated during their probationary periods of employment within a week, and it prohibits those agencies from lawfully terminating other probationary employees. Given the scope of the district court's injunction and the difficulty of compliance, **the defendants-appellants ask for an administrative stay pending a decision on the motion no later than March 14, 2025**.

**(3)     When and how counsel notified**

The government's stay motion in district court, filed on March 14 and served on opposing counsel, requested an "immediate ruling" and explained that the government would seek relief from this Court. Dkt. 127, at 9. In addition, on March 14, government counsel emailed Danielle Leonard and Stacey Leyton, counsel for plaintiffs-appellees, to seek appellees' position on this motion. Counsel for appellees promptly informed us that they oppose the motion. Upon filing this motion, the government will provide a service copy to plaintiffs' counsel via email.

**(4)     Submissions to the district court**

The district court entered its preliminary injunction on Thursday, March 13, 2025. *See* Add. 1. The government sought a stay of the preliminary injunction on Friday, March 14, 2025, *see* Dkt. 127, and requested a ruling on that motion the same day. As of the filing of this motion, the district court has not ruled on the stay motion.

*Counsel for Defendants-Appellants*

YAAKOV M. ROTH
  *Acting Assistant Attorney General*

PATRICK D. ROBBINS
  *United States Attorney*
MARK R. FREEMAN
COURTNEY L. DIXON
CASEN B. ROSS
JOSHUA M. KOPPEL
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-1923*