No. 25-1677

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

American Federation of Government Employees (AFGE), et al.,

*Plaintiffs-Appellees*,

v.

United States Office of Personnel Management, et al.,

*Defendants-Appellants*.

On appeal from the United States District Court
for the Northern District of California
No. 3:25-cv-01780-WHA
The Honorable Judge William Alsup

**UNOPPOSED MOTION FOR LEAVE TO FILE
BRIEF OF AMICI CURIAE COUNTY OF SANTA CLARA
AND 23 ADDITIONAL LOCAL GOVERNMENTS AND
LOCAL GOVERNMENT OFFICIALS IN SUPPORT OF
PLAINTIFFS-APPELLEES**

OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
Tony LoPresti
Kavita Narayan
Meredith A. Johnson
Raphael N. Rajendra
Jenny S. Lam
Stefanie L. Wilson
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

*Attorneys for* Amicus Curiae *County of Santa Clara, Calif.*

## RULE 26.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, all proposed *amici curiae* are governmental entities and individuals for whom no corporate disclosure is required.

## MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE

Pursuant to Federal Rules of Appellate Procedure 27 and 29(a)(3) and Circuit Rules 27-1 and 29-3, the County of Santa Clara, on behalf of itself and 23 additional local governments and local government officials, respectfully seeks leave to file the attached Brief of Amici Curiae County of Santa Clara and 23 Additional Local Governments and Local Government Officials In Support of Plaintiffs-Appellees (the "Brief"). The Brief supports Plaintiffs-Appellees' opposition to Defendants-Appellants' motion for stay pending appeal from the preliminary injunction issued by the district court. The parties agree to the filing of the proposed amicus brief, and this motion is unopposed.

As set forth in greater detail in the Brief, the proposed *amici* represent the level of government closest to the people and most directly responsible for their well-being. It is from this position that they participate in a constitutional framework in which local, state, and federal government employees regularly interact with one another to share resources and information; develop, approve, and carry out plans, approvals, and agreements; respond to emergencies; and otherwise

advance the common good. Because of local governments' position in this system, proposed *amici* can illuminate how the American people are directly served by the interrelationships and interactions among federal, state, and local government employees. And for the same reason, proposed *amici* are also uniquely well positioned to explain why Defendants-Appellants' actions to disrupt and dismantle federal agencies harm the public by making it much more difficult to serve and protect the people—and, therefore, the ways that staying the district court's preliminary injunction could perpetuate and exacerbate those harms.

///

///

///

///

///

///

///

///

///

///

///

///

Because the motion is unopposed, and because the amicus brief will assist the Court, this motion should be granted, and the attached brief filed.

DATED: March 20, 2025

Respectfully submitted,

**COUNTY OF SANTA CLARA**
TONY LOPRESTI,
County Counsel

By:  /s/ Raphael N. Rajendra

Kavita Narayan
Chief Assistant County Counsel
Meredith A. Johnson
Lead Deputy County Counsel
Raphael N. Rajendra
Jenny S. Lam
Stefanie L. Wilson
Deputy County Counsels
70 West Hedding Street
East Wing, 9th Floor
San Jose, California 95110
Tel. (408) 299-5900
Fax (408) 292-7240
Raphael.Rajendra@cco.sccgov.org

*Attorneys for* Amicus Curiae *County of Santa Clara, California*

*Additional amici and counsel listed on following pages*

3

# ADDITIONAL AMICI AND COUNSEL

## Local Governments

DAVID CHIU
City Attorney
City Hall Room 234
One Dr. Carlton B. Goodlett Pl.
San Francisco, CA 94102
*Attorney for the City and County of San Francisco, Calif.*

MARY B. RICHARDSON-LOWRY
Corporation Counsel
121 North LaSalle Street, Suite 600
Chicago, Illinois 60602
*Attorney for the City of Chicago, Ill.*

ZACHARY M. KLEIN
Columbus City Attorney
77 N. Front Street, 4th Floor
Columbus, OH 43215
*Attorney for the City of Columbus, Ohio*

ALEXANDRA RUGGIE
Corporation Counsel
2100 Ridge Avenue
Evanston, IL 60201
*Attorney for the City of Evanston, Ill.*

KRISTYN ANDERSON
City Attorney
City of Minneapolis, Minnesota
350 S. Fifth Street
Minneapolis, MN 55415
*Attorney for the City of Minneapolis, Minn.*

MURIEL GOODE-TRUFANT
Corporation Counsel
100 Church Street
New York, New York 10007
*Attorney for the City of New York, New York*

KRYSIA KUBIAK
City Solicitor and Chief Legal Officer
414 Grant Street
Pittsburgh, PA 15219
*Attorney for the City of Pittsburgh, Pa.*

HEATHER FERBERT
City Attorney
1200 Third Ave., Suite 1620
San Diego, CA 92101
*Attorney for the City of San Diego, Calif.*

DOUGLAS T. SLOAN
City Attorney
1685 Main Street, Room 310
Santa Monica, CA 90401
*Attorney for the City of Santa Monica, Calif.*

MIKE RANKIN
City Attorney
P.O. Box 27210
Tucson, AZ 85726-7210
*Attorney for the City of Tucson, Ariz.*

CHRISTIAN D. MENEFEE
Harris County Attorney
JONATHAN G. C. FOMBONNE
Deputy County Attorney & First Assistant
TIFFANY S. BINGHAM
Managing Counsel
Office of the Harris County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
*Attorneys for Harris County, Tex.*

DAVID J. HACKETT
General Counsel to King County Executive
Chinook Building
401 5th Avenue, Suite 800
Seattle, WA 98104
*Attorney for King County, Wash.*

BRIAN E. WASHINGTON
County Counsel
3501 Civic Center Drive, Rm 275
San Rafael, CA 94903
*Attorney for the County of Marin, Calif.*

WALLACE W. DIETZ
Director of Law
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, TN 37219-6300
*Attorney for the Metropolitan Government of Nashville & Davidson County, Tenn.*

## Local Government Officials

RYAN RICHARDSON
*City Attorney, City of Oakland, Calif.*

ELI SAVIT
*Prosecuting Attorney, Washtenaw County, Mich.*

DANIEL BLISS
*Mayor, City of Evanston, Ill.*

RYAN MELLO
*County Executive, Pierce County, Wash.*

JOHN CLARK
*Mayor, Town of Ridgway, Colo.*

CHRISTIAN D. MENEFEE
*County Attorney, Harris County, Tex.*

MICHAEL CHAMEIDES
*Supervisor, Columbia County, New York*

ROBERT J. HARVIE, JR.
*Commissioner & Chair, County of Bucks, Pa.*

DIANE M. ELLIS-MARSEGLIA, LCSW
*Commissioner & Vice-Chair, County of Bucks, Pa.*

5

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation set forth in Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 296 words. I certify that this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6).

Dated: March 20, 2025               By:   /s/ Raphael N. Rajendra
                                                Raphael N. Rajendra

3233359