# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 25-1677

**Case Name** AFGE v. U.S. OPM

**Counsel submitting this form** Casen B. Ross

**Represented party/parties** Charles Ezell; U.S. Office of Personnel Mgmt

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiffs labor unions and non-profit organizations filed suit against the U.S. Office of Personnel Management (OPM) and its Acting Director Charles Ezell, alleging that OPM exceeded its statutory authority by purportedly directing other federal agencies to terminate probationary employees in February 2025.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                                      *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

The district court issued a temporary restraining order on February 28, 2025. Plaintiffs then filed an amended complaint, which added several plaintiffs and named additional federal agency defendants. On March 13, the district court entered a preliminary injunction from the bench at a hearing. The government filed a notice of appeal on March 13 and sought a stay pending appeal.

The main issue on appeal is whether the district court erred by entering a preliminary injunction that requires federal agencies to offer reinstated employment to probationary employees who were terminated in February 2025.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Because this is an interlocutory appeal of a preliminary injunction, district court proceedings remain ongoing.

A related case has been filed in the U.S. District Court for the District of Maryland: Maryland v. U.S. Dep't of Agric., No. 25-cv-748 (D. Md.)

**Signature** /s/ Casen B. Ross    **Date** 03/21/2025
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**    *Rev. 09/01/22*

2