

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7212
Washington, DC 20530

Tel: 202-514-4820

VIA CM/ECF

March 24, 2025

Ms. Molly C. Dwyer
U.S. Court of Appeals for the
   Ninth Circuit
95 7th Street
San Francisco, CA 94103

RE:   *American Federation of Government Employees v. U.S. Office of Personnel Management*, No. 25-1677 (9th Cir.)

Dear Ms. Dwyer:

     On March 14, 2025, the federal government filed an emergency motion in this Court under Circuit Rule 27-3 for a stay pending appeal of the district court's preliminary injunction. The government filed its reply in support of that motion on March 20, and, in that filing, the government requested a decision from the Court by March 21 at noon, Pacific Time, indicating that it planned to seek relief from the Supreme Court thereafter if necessary.

     We write to inform the Court that, today, the federal government submitted to Justice Kagan an emergency application to stay the district court's injunction. *See OPM v. AFGE*, No. 24A904 (S. Ct.). The government also requested an immediate administrative stay.

     We continue to request that this Court grant the pending stay motion.

Sincerely,

s/ Joshua M. Koppel

Joshua M. Koppel
Attorney, Appellate Staff

cc: counsel (via CM/ECF)