No. 25-1677

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, et al.,

Plaintiffs-Appellees,

v.

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,

Defendants-Appellants.

On Appeal from the United States District Court
for the Northern District of California

## EXCERPTS OF RECORD
## INDEX VOLUME

YAAKOV M. ROTH
  *Acting Assistant Attorney General*

PATRICK D. ROBBINS
  *Acting United States Attorney*

MARK R. FREEMAN
COURTNEY L. DIXON
CASEN B. ROSS
JOSHUA M. KOPPEL
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7270*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-1923*

# INDEX

| Document | File Date | Dkt. No. | Page |
|---|---|---|---|
| **Volume 1 of 3** | | | |
| Memorandum on Preliminary Injunction | 3/14/25 | 132 | ER-2 |
| March 13, 2025 Hearing Transcript on Preliminary Injunction | 3/13/25 | | ER-16 |
| **Volume 2 of 3** | | | |
| Notice of Filing Certain Agency Declarations and Redacted Agency Lists of Employees | 3/20/25 | 144 | ER-77 |
|     Declaration of Mary Pletcher Rice, U.S. Department of Agriculture | 3/20/25 | 144-8 | ER-80 |
| Notice in Response to the Court's Supplement to Third Request for Information | 3/19/25 | 141 | ER-84 |
|     Declaration of Timothy D. Dill, Department of Defense | 3/19/25 | 141-1 | ER-87 |
| Supplement to Third Request for Information | 3/18/25 | 140 | ER-90 |
| Third Request for Information | 3/17/25 | 138 | ER-91 |
| Order Denying *Ex Parte* Motion to Stay Preliminary Injunction Pending Appeal | 3/15/25 | 133 | ER-92 |
| Defendants' *Ex Parte* Motion to Stay the Court's March 13, 2025 Preliminary Injunction Pending Appeal | 3/14/25 | 127 | ER-97 |
|     Declaration of Timothy D. Dill, Department of Defense | 3/14/25 | 127-1 | ER-108 |
|     Declaration Reesha Trznadel, Department of Energy | 3/14/25 | 127-2 | ER-112 |

| | | | |
|---|---|---|---|
| Declaration of Mark D. Green, Department of Interior | 3/14/25 | 127-3 | ER-116 |
| Declaration of Trevor Norris, Department of the Treasury | 3/14/25 | 127-4 | ER-120 |
| Declaration of Mark Engelbaum, Department of Veterans Affairs | 3/14/25 | 127-5 | ER-123 |
| Declaration of Mary Pletcher Rice, Department of Agriculture | 3/14/25 | 127-6 | ER-126 |
| Notice of Appeal | 3/13/25 | 119 | ER-129 |
| Defendants' Notice of Filing of Evidence | 3/12/25 | 111 | ER-131 |
| OPM Memorandum | 3/12/25 | 111-1 | ER-137 |
| Email from OPM to Agency Chief Human Capital Officers | 3/12/25 | 111-2 | ER-140 |
| OPM FAQs on Probationary Periods | 3/12/25 | 111-3 | ER-142 |
| Email from Chief Human Capital Officer Council to Agency Chief Human Capital Officers | 3/12/25 | 111-4 | ER-147 |
| Email from OPM to Agency Chiefs of Staff | 3/12/25 | 111-5 | ER-148 |
| Presidential Action on Hiring Freeze | 3/12/25 | 111-6 | ER-150 |
| Department of Veterans Affairs Press Release | 3/12/25 | 111-9 | ER-153 |
| U.S. Department of Agriculture Press Release | 3/12/25 | 111-10 | ER-159 |
| Department of Defense Press Release | 3/12/25 | 111-11 | ER-162 |
| Second Amended Complaint for Declaratory and Injunctive Relief | 3/11/25 | 90 | ER-164 |

2

| | | | |
|---|---|---|---|
| Defendants' *Ex Parte* Motion to Vacate March 13, 2025, Evidentiary Hearing; Preclude Testimony of Acting Director Charles Ezell; Quash Subpoenas Commanding Testimony at the Evidentiary Hearing; and for a Protective Order Providing Immediate Relief from March 11, 2025, Depositions; Memorandum of Points and Authorities | 3/10/25 | 75 | ER-229 |
| Plaintiffs' Supplemental Evidence in Advance of March 13, 2025 Hearing | 3/7/25 | 70 | ER-248 |
|     Declaration of Melissa Pitkin, Point Blue Conservation Science | 3/7/25 | 70-15 | ER-252 |
|     Declaration of Alexandra Shultz, American Geophysical Union | 3/7/25 | 70-16 | ER-255 |
|     Supplemental Declaration of Erik Molvar, Western Watersheds Project | 3/7/25 | 70-18 | ER-260 |
| Declaration of Yuri S. Fuchs in Support of Defendants' Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint | 3/7/25 | 64 | ER-267 |
|     OPM Memorandum | 3/7/25 | 64-1 | ER-269 |
| Memorandum Opinion and Order Amending TRO | 2/28/25 | 45 | ER-272 |
| Supplemental Declaration of Erik Molvar, Western Watersheds Project | 2/26/25 | 39-2 | ER-296 |
| Supplemental Declaration of Don Neubacher, Coalition to Protect America's National Parks | 2/26/25 | 39-3 | ER-300 |
| *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause | 2/23/25 | 18 | ER-303 |

3

| | | | |
|---|---|---|---|
| Declaration of Oscar Arbulu, Common Defense Civic Engagement | 2/23/25 | 18-3 | ER-307 |
| Declaration of Major General (Ret.) Paul Eaton, Vote Vets Action Fund Inc. | 2/23/25 | 18-7 | ER-311 |
| Declaration of Erik Molvar, Western Watersheds Project | 2/23/25 | 18-13 | ER-316 |
| Declaration of Don L. Neubacher, Coalition to Protect America's National Parks | 2/23/25 | 18-15 | ER-320 |
| Declaration of Shawn Phetteplace, Main Street Alliance | 2/23/25 | 18-16 | ER-333 |
| First Amended Complaint for Declaratory and Injunctive Relief | 2/23/25 | 17 | ER-342 |
| **Volume 3 of 3** | | | |
| Docket Sheet | 4/10/25 | | ER-377 |

4