UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 15 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al., | No. 25-1677 |
| | D.C. No. 3:25-cv-01780-WHA Northern District of California, San Francisco |
| Plaintiffs - Appellees, | |
| v. | ORDER |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT and CHARLES EZELL, in his official capacity as Acting Director of the U.S. Office of Personnel Management, | |
| Defendants - Appellants, | |
| and | |
| HOWARD W. LUTNICK, Secretary of Commerce; et al., | |
| Defendants. | |

The opening brief submitted by Appellants is filed.

Within 7 days of this order, Appellants must file 6 copies of the brief in

paper format bound with blue front cover pages. Each copy must include

certification at the end that the copy is identical to the electronic version. The Form

18 certificate is available on the Court's website, at

http://www.ca9.uscourts.gov/forms.

The excerpts of record submitted by Appellants are filed. Within 7 days of this order, Appellants is ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white front cover pages.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT