# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 25-1677

**Case Name** American Federation Of Government Employees, AFL-CIO, et al. v. United States Office of Personnel Management, et al.

**Hearing Location (*city*)** San Francisco

**Your Name** Danielle Leonard

List the sitting dates for the two sitting months you were asked to review:

August and September 2025.

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I am unavailable for the September sitting because I have a preplanned trip out of the country from September 15-29.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Danielle Leonard  **Date** 04/17/25

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**  *New 12/01/2018*