Nos. 25-1677, 25-2637

───────────────────────────────────────────

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

───────────────────────────────────────────

American Federation of Government Employees (AFGE), et al.
*Plaintiff-Appellees*,

v.

The Office of Personnel Management, et al.
*Defendant-Appellants*

───────────────────────────────────────────

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTICT OF CALIFORNIA
No. 3:25-cv-01780-WHA
The Honorable Judge William Alsup

───────────────────────────────────────────

# JOINT MOTION TO CONSOLIDATE APPEALS AND SET
# CONSOLIDATED BRIEFING SCHEDULE

───────────────────────────────────────────

Scott A. Kronland
Stacey M. Leyton
Eileen B. Goldsmith
Danielle E. Leonard
Robin S. Tholin
James Baltzer
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
dleonard@altber.com

*Attorneys for Plaintiff-Appellee Organizations\**
*[additional counsel on following page]*

Norman L. Eisen
Pooja Chaudhuri
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Pooja@statedemocracydefenders.org

*Attorneys for Plaintiff Organizations\**

Teague Paterson
Matthew Blumin
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org

*Attorneys for Plaintiff American Federation of State County and Municipal Employees (AFSCME)*

Rushab Sanghvi
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES
80 F Street, NW
Washington, DC 20001
Tel: (202) 639-6426
Sanghr@afge.org

*Attorneys for Plaintiff American Federation of Government Employees (AFGE)*

Tera M. Heintz
Cristina Sepe
Cynthia Alexander
Deputy Solicitors General
OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
tera.heintz@atg.wa.gov
cristina.sepe@atg.wa.gov
cynthia.alexander@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

*Plaintiff-Appellee Organizations are the American Federation of Government Employees, AFL-CIO, American Federation of State County and Municipal Employees, AFL-CIO, AFGE Local 2110, American Federation of Government Employees Local 1216, United Nurses Associations of California/Union of Health Care Professionals, AFSCME, AFL-CIO, American Public Health Association, Association of Flight Attendants-CWA, AFL-CIO, American Geophysical Union, Point Blue Conservation Science, Climate Resilient Communities, Main Street Alliance, Common Defense Civic Engagement, Coalition to Protect Americas National Parks, Western Watersheds Project, Vote Vets Action Fund Inc.

Two appeals before this Court—Case Nos. 25-1677 and 25-2637—arise from preliminary injunctions entered against defendants Office of Personnel Management and Acting OPM Director Charles Ezell (collectively, "OPM") in the same underlying district court action, *American Federation of Government Employees (AFGE), et al. v. OPM, et al.*, N.D. Cal. Case No. 3:25-cv-01780-WHA. The two preliminary injunctions were entered in favor of different plaintiffs, but involve closely related issues of fact and law. The parties agree that consolidating these appeals would serve the interests of judicial economy.

Case No. 25-1677 (the "first appeal") is OPM's appeal from a March 13, 2025 preliminary injunction in favor of plaintiff organizations including Main Street Alliance, Coalition to Protect America's National Parks, Western Watersheds Project, Vote Vets Action Fund, Common Defense Civic Engagement, American Public Health Association, Association of American Flight Attendants, American Geophysical Association, Climate Resilient Communities, and Point Blue Conservation Science (collectively, the "Organizational Plaintiffs"). OPM filed its opening brief in that appeal on April 10, 2025. Under the current briefing schedule, the Organizational Plaintiffs' response is due on May 8, 2025.

Case No. 25-2637 (the "second appeal") is OPM's appeal from an April 18, 2025, preliminary injunction, in favor of Plaintiffs AFGE, American Federation of State County and Municipal Employees, AFL-CIO, and several local unions

-1-

(collectively, the "Public Sector Union Plaintiffs"). Under the current briefing schedule, OPM's opening brief on appeal is due May 22, 2025, and the Public Sector Union Plaintiffs' response is due June 20.

The two appeals arise from the same district court record, and the factual and legal issues presented by the two appeals substantially overlap. Further, both the Organizational Plaintiffs and the Public Sector Union Plaintiffs are represented in these appeals by the same attorneys. Therefore, to conserve the resources of the Parties and the Court, all Parties to the above-listed appeals desire to consolidate the briefing and argument of these cases, and therefore stipulate as follows, subject to Court approval:

1. Case Nos. 25-1677 and 25-2637 shall be deemed consolidated and assigned to the same panel.

2. The Court will vacate the remainder of the briefing schedule in Case No. 25-1677 and will vacate the briefing schedule in Case No. 25-2637.

3. By May 22, 2025, the government will file an opening brief in the second appeal, withdraw the Excerpts of Record ("ER") previously filed in the first appeal, and file a consolidated ER sufficient for both appeals and a corrected opening brief in the first appeal with citations to the consolidated ER. To avoid unnecessary duplication from the opening brief submitted in the first appeal, the government's opening brief in the second appeal shall be limited to 8,000 words.

4. By June 20, 2025, Plaintiffs will file a single consolidated answer brief of up to 22,000 words and consolidated Supplemental Excerpts of Record, if any.

5. By July 11, 2025, Defendants shall file a single consolidated reply brief of up to 11,000 words, and consolidated Further Excerpts of Record, if any.

6. The Parties further jointly request that the Court act on this joint motion and reset the briefing schedule accordingly, on or before May 2, 2025.

| | |
|---|---|
| Dated: April 29, 2025 | */s/Danielle E. Leonard*<br>Danielle E. Leonard<br><br>ALTSHULER BERZON LLP<br><br>*Attorney for Plaintiff-Appellee Organizations\** |
| Dated: April 29, 2025 | */s/Rushab Sanghvi*<br>Rushab Sanghvi<br><br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES<br><br>*Attorney for Plaintiff-Appellee American Federation of Government Employees* |
| Dated: April 29, 2025 | */s/Matthew Blumin*<br>Matthew Blumin<br><br>AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES<br><br>*Attorney for Plaintiff American Federation of State, County, and Municipal Employees* |
| Dated: April 29, 2025 | */s/ Casen B. Ross*<br>Casen B. Ross<br><br>U.S. DEPARTMENT OF JUSTICE<br>Civil Appellate Staff<br><br>*Attorney for Defendants-Appellants* |

-4-