UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 12 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT and CHARLES EZELL, in his official capacity as Acting Director of the U.S. Office of Personnel Management, <br><br> Defendants - Appellants, <br><br> and <br><br> HOWARD W. LUTNICK, Secretary of Commerce; et al., <br><br> Defendants. | No. 25-1677 <br><br> D.C. No. 3:25-cv-01780-WHA <br> Northern District of California, San Francisco <br><br> ORDER |
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; et al., <br><br> Defendants - Appellants. | No. 25-2637 <br><br> D.C. No. 3:25-cv-01780-WHA <br> Northern District of California, San Francisco |

The parties' Joint Motion to Consolidate Appeals and Set Consolidated Briefing Schedule (No. 25-1677, Dkt. 38; No. 25-2637, Dkt. 3) is **GRANTED IN PART**. The appeals are consolidated.

As agreed upon by the parties, the briefing schedule for both appeals is reset as follows: 1. Appellants' supplemental opening brief is due May 22, 2025. 2. Appellees' consolidated answering brief is due June 20, 2025. 3. Appellants' consolidated reply brief is due July 11, 2025.

The following word limits will apply: 1. Appellants' supplemental opening brief is limited to 7,500 words. 2. Appellees' consolidated answering brief is limited to 16,800 words. 3. Appellants' consolidated reply brief is limited to 8,400 words.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT