IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, et al., Plaintiffs-Appellees, v. UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., Defendants-Appellants, | Nos. 25-1677, 25-2637 |

**MOTION TO CLARIFY BRIEFING SCHEDULE**

Pursuant to Federal Rule of Appellate Procedure 27, the defendants-appellants respectfully move to clarify the briefing schedule for these consolidated appeals to provide for filing consolidated excerpts of record.

**1.** On April 10, 2025, the government filed its opening brief and excerpts of record for the first appeal, Case No. 25-1677.

**2.** On April 29, 2025, the parties filed a joint motion to consolidate Case Nos. 25-1677 and 25-2637, and proposed a briefing schedule. As relevant here, the parties proposed for the government to: file an opening brief in the second appeal, Case No. 25-2637, on May 22, 2025; withdraw the excerpts of record filed in the first appeal, Case No. 25-1677; file a consolidated excerpts of record for both appeals on May 22, 2025; and file a corrected opening brief for the first appeal, Case No. 25-1677, with citations to the consolidated excerpts of record. Joint Mot. to Consolidate 2.

**2.** On May 12, the Court granted the parties' joint motion in part. The Court consolidated the appeals, and ordered the government to file a supplemental opening brief by May 22, 2025. The Court's order did not address the parties' request to file consolidated excerpts of record for the two appeals.

**3.** The government respectfully requests that the Court clarify whether the government should withdraw the previously filed excerpts of record and file consolidated excerpts of record for the consolidated appeals.

    Respectfully submitted,

    COURTNEY L. DIXON

    */s/ Casen B. Ross*
    CASEN B. ROSS
    JOSHUA M. KOPPEL
        202.514.1923
        Attorneys, Appellate Staff
        Civil Division, Room 7270
        Department of Justice
        950 Pennsylvania Ave. NW
        Washington, D.C. 20530

    *Counsel for defendants-appellants*

May 2025

## CERTIFICATION OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 239 words, according to the count of Microsoft Word.

/s/ *Casen B. Ross*         .
CASEN B. ROSS

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

<u>/s/ Casen B. Ross</u>    .
CASEN B. ROSS