**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al., | No. 25-1677 |
| Plaintiffs - Appellees, | D.C. No. 3:25-cv-01780-WHA Northern District of California, San Francisco |
| v. | ORDER |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT and CHARLES EZELL, in his official capacity as Acting Director of the U.S. Office of Personnel Management, | |
| Defendants - Appellants, | |
| and | |
| HOWARD W. LUTNICK, Secretary of Commerce; et al., | |
| Defendants. | |
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al., | No. 25-2637 |
| Plaintiffs - Appellees, | D.C. No. 3:25-cv-01780-WHA Northern District of California, San Francisco |
| v. | |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; et al., | |
| Defendants - Appellants. | |

Appellants seek clarification from the court as to whether the briefing schedule provides for filing consolidated excerpts of record (No. 25-1677, Dkt. 42; No. 25-2637, Dkt. 6).

Appellants are directed to file consolidated excerpts of record for the consolidated appeals.

This resolves No. 25-1677, Dkt. 42; No. 25-2637, Dkt. 6.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT