**No. 25-1677, 25-2637**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, et al.,

Plaintiffs-Appellees,

v.

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,

Defendants-Appellants.

On Appeal from the United States District Court
for the Northern District of California

## EXCERPTS OF RECORD
## INDEX VOLUME

> YAAKOV M. ROTH
>   *Acting Assistant Attorney General*
>
> PATRICK D. ROBBINS
>   *Acting United States Attorney*
>
> MARK R. FREEMAN
> COURTNEY L. DIXON
> CASEN B. ROSS
> JOSHUA M. KOPPEL
>   *Attorneys, Appellate Staff*
>   *Civil Division, Room 7270*
>   *U.S. Department of Justice*
>   *950 Pennsylvania Avenue NW*
>   *Washington, DC 20530*
>   *(202) 514-1923*

# INDEX

| Document | File Date | Dkt. No. | Page |
|---|---|---|---|
| **Vol. 1 of 3** | | | |
| Order on Motion for Preliminary Injunction by Union Plaintiffs and State of Washington | 4/18/25 | 202 | ER-2 |
| Memorandum on Preliminary Injunction | 3/14/25 | 132 | ER-29 |
| March 13, 2025 Hearing Transcript on Preliminary Injunction | 3/13/25 | | ER-43 |
| **Vol. 2 of 3** | | | |
| Defendants' Notice of Steps Taken to Comply with the April 18, 2025 Preliminary Injunction | 5/8/25 | 216 | ER-104 |
|     Declaration of Mary Pletcher Rice, U.S. Department of Agriculture | 5/8/25 | 216-1 | ER-110 |
|     Declaration of Jessica S. Palatka, Department of Commerce | 5/8/25 | 216-2 | ER-112 |
|     Declaration of Timothy D. Dill, Department of Defense | 5/8/25 | 216-3 | ER-114 |
|     Declaration of Jacqueline Clay, Department of Education | 5/8/25 | 216-4 | ER-117 |
|     Declaration of Reesha Trznadel, Department of Energy | 5/8/25 | 216-5 | ER-119 |

| | | | |
|---|---|---|---|
| Declaration of Thomas Nagy, Jr., Department of Health and Human Services | 5/8/25 | 216-6 | ER-122 |
| Declaration of Roland Edwards, Department of Homeland Security | 5/8/25 | 216-7 | ER-124 |
| Declaration of Lori A. Michalski, Department of Housing and Urban Development | 5/8/25 | 216-8 | ER-125 |
| Declaration of Mike Williams, Department of Justice | 5/8/25 | 216-9 | ER-133 |
| Declaration of Stephanie M. Holmes, Department of the Interior | 5/8/25 | 216-10 | ER-134 |
| Declaration of Sydney Rose, Department of Labor | 5/8/25 | 216-11 | ER-136 |
| Declaration of Lew J. Olowski, Department of State | 5/8/25 | 216-12 | ER-138 |
| Declaration of Trevor Norris, Department of the Treasury | 5/8/25 | 216-13 | ER-140 |
| Declaration of Anne Byrd, Department of Transportation | 5/8/25 | 216-14 | ER-142 |
| Declaration of Tracey Therit, Department of Veterans Affairs | 5/8/25 | 216-15 | ER-144 |
| Declaration of Helena Wooden-Aguilar, Environmental Protection Agency | 5/8/25 | 216-16 | ER-146 |

2

| | | | |
|---|---|---|---|
| Declaration of Arron Helm, General Services Administration | 5/8/25 | 216-17 | ER-150 |
| Declaration of Kelly Elliott, National Aeronautics and Space Administration | 5/8/25 | 216-18 | ER-152 |
| Declaration of Starlisha Anderson, National Science Foundation | 5/8/25 | 216-19 | ER-154 |
| Declaration of Sarah W. Spooner, Office of Management and Budget | 5/8/25 | 216-20 | ER-156 |
| Declaration of John Serpa, Small Business Administration | 5/8/25 | 216-21 | ER-158 |
| Declaration of Florence Felix-Lawson, Social Security Administration | 5/8/25 | 216-22 | ER-160 |
| Order to Show Cause | 3/24/25 | 154 | ER-162 |
| Order Re Subject-Matter Jurisdiction | 3/24/25 | 153 | ER-164 |
| Notice of Briefing Schedules | 3/21/25 | 152 | ER-175 |
| Notice Filing of Certain Agency Declarations and Redacted Agency Lists of Employees | 3/20/25 | 144 | ER-177 |
| Declaration of Mary Pletcher Rice, U.S. Department of Agriculture | 3/20/25 | 144-8 | ER-180 |
| Notice in Response to the Court's Supplement to Third Request for Information | 3/19/25 | 141 | ER-184 |

3

| | | | |
|---|---|---|---|
| Declaration of Timothy D. Dill, Department of Defense | 3/19/25 | 141-1 | ER-187 |
| Supplement to Third Request for Information | 3/18/25 | 140 | ER-190 |
| Third Request for Information | 3/17/25 | 138 | ER-191 |
| Order Denying *Ex Parte* Motion to Stay Preliminary Injunction Pending Appeal | 3/15/25 | 133 | ER-192 |
| Defendants' *Ex Parte* Motion to Stay the Court's March 13, 2025, Preliminary Injunction Pending Appeal | 3/14/25 | 127 | ER-197 |
| Declaration of Timothy D. Dill, Department of Defense | 3/14/25 | 127-1 | ER-208 |
| Declaration Reesha Trznadel, Department of Energy | 3/14/25 | 127-2 | ER-212 |
| Declaration of Mark D. Green, Department of the Interior | 3/14/25 | 127-3 | ER-216 |
| Declaration of Trevor Norris, Department of the Treasury | 3/14/25 | 127-4 | ER-220 |
| Declaration of Mark Engelbaum, Department of Veterans Affairs | 3/14/25 | 127-5 | ER-223 |
| Declaration of Mary Pletcher Rice, U.S. Department of Agriculture | 3/14/25 | 127-6 | ER-226 |
| Defendants' Notice of Filing of Evidence | 3/12/25 | 111 | ER-229 |
| OPM Memorandum | 3/12/25 | 111-1 | ER-235 |

4

| Email from OPM to Agency Chief Human Capital Officers | 3/12/25 | 111-2 | ER-238 |
| --- | --- | --- | --- |
| OPM FAQs on Probationary Periods | 3/12/25 | 111-3 | ER-240 |
| Email from Chief Human Capital Officer Council to Agency Chief Human Capital Officers | 3/12/25 | 111-4 | ER-245 |
| Email from OPM to Agency Chiefs of Staff | 3/12/25 | 111-5 | ER-246 |
| Presidential Action on Hiring Freeze | 3/12/25 | 111-6 | ER-248 |
| Department of Veterans Affairs Press Release | 3/12/25 | 111-9 | ER-251 |
| U.S. Department of Agriculture Press Release | 3/12/25 | 111-10 | ER-257 |
| Department of Defense Press Release | 3/12/25 | 111-11 | ER-260 |
| Second Amended Complaint for Declaratory and Injunctive Relief | 3/11/25 | 90 | ER-262 |

| | | | |
|---|---|---|---|
| Defendants' *Ex Parte* Motion to Vacate March 13, 2025, Evidentiary Hearing; Preclude Testimony of Acting Director Charles Ezell; Quash Subpoenas Commanding Testimony at the Evidentiary Hearing; and for a Protective Order Providing Immediate Relief from March 11, 2025, Depositions; Memorandum of Points and Authorities | 3/10/25 | 75 | ER-327 |
| Plaintiffs' Supplemental Evidence in Advance of March 13, 2025 Hearing | 3/7/25 | 70 | ER-346 |
|     Declaration of Cami Feek, Washington State Employment Security Department | 3/7/25 | 70-8 | ER-350 |
|     Declaration of Melissa Pitkin, Point Blue Conservation Science | 3/7/25 | 70-15 | ER-358 |
|     Declaration of Alexandra Shultz, American Geophysical Union | 3/7/25 | 70-16 | ER-361 |
|     Supplemental Declaration of Erik Molvar, Western Watersheds Project | 3/7/25 | 70-18 | ER-366 |
| Declaration of Yuri S. Fuchs in Support of Defendants' Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint | 3/7/25 | 64 | ER-373 |
|     OPM Memorandum | 3/7/25 | 64-1 | ER-375 |

| **Vol. 3 of 3** | | | |
|---|---|---|---|
| Memorandum Opinion and Order Amending TRO | 2/28/25 | 45 | ER-379 |
| Supplemental Declaration of Erik Molvar, Western Watersheds Project | 2/26/25 | 39-2 | ER-403 |
| Supplemental Declaration of Don Neubacher, Coalition to Protect America's National Parks | 2/26/25 | 39-3 | ER-407 |
| *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause | 2/23/25 | 18 | ER-410 |
|     Declaration of Oscar Arbulu, Common Defense Civic Engagement | 2/23/25 | 18-3 | ER-414 |
|     Declaration of Major General (Ret.) Paul Eaton, USA, Vote Vets Action Fund Inc. | 2/23/25 | 18-7 | ER-418 |
|     Declaration of Erik Molvar, Western Watersheds Project | 2/23/25 | 18-13 | ER-423 |
|     Declaration of Don L. Neubacher, Coalition to Protect America's National Parks | 2/23/25 | 18-15 | ER-427 |
|     Declaration of Shawn Phetteplace, Main Street Alliance | 2/23/25 | 18-16 | ER-440 |
| First Amended Complaint for Declaratory and Injunctive Relief | 2/23/25 | 17 | ER-449 |
| Notice of Appeal | 4/23/25 | 205 | ER-483 |

| Notice of Appeal | 3/13/25 | 119 | ER-485 |
| --- | --- | --- | --- |
| Docket Sheet | 5/19/25 | | ER-487 |