IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

AMERICAN FEDERATION OF
   GOVERNMENT EMPLOYEES, et al.,
       Plaintiffs-Appellees,

v.

UNITED STATES OFFICE OF PERSONNEL
   MANAGEMENT, et al.,
       Defendants-Appellants,

Nos. 25-1677, 25-2637

**MOTION FOR LEAVE TO FILE CORRECTED OPENING BRIEF**

Pursuant to Federal Rule of Appellate Procedure 27, the defendants-appellants respectfully move for leave to file a corrected opening brief, updated with citations to the newly filed consolidated excerpts of record.

**1.** On April 10, 2025, the government filed its opening brief and excerpts of record for the first appeal, Case No. 25-1677.

**2.** On April 29, 2025, the parties filed a joint motion to consolidate Case Nos. 25-1677 and 25-2637; and on May 12, the Court granted that motion in part, consolidating these appeals.

**3.** On May 21, the government filed a motion to clarify the briefing schedule, as to whether the government could file consolidated excerpts of record—which the Court granted on May 22. But the Court did not address whether the government should file a corrected opening brief, citing the consolidated excerpts of record.

**4.** On May 22, the government filed both the supplemental opening brief for the consolidated appeals and a consolidated excerpts of record.

**5.** The government respectfully requests that the Court grant the government leave to file a corrected opening brief that is corrected only insofar as it cites the newly filed consolidated excerpts of record. The opening brief that the government filed on April 10 contains citations to a now-outdated version of the excerpts of record.

                                                    Respectfully submitted,

                                                    COURTNEY L. DIXON

                                                    */s/ Casen B. Ross*
                                                    CASEN B. ROSS
                                                    JOSHUA M. KOPPEL
                                                          202.514.1923
                                                         Attorneys, Appellate Staff
                                                         Civil Division, Room 7270
                                                         Department of Justice
                                                         950 Pennsylvania Ave. NW
                                                         Washington, D.C. 20530

                                                *Counsel for defendants-appellants*

May 2025

2

## CERTIFICATION OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 224 words, according to the count of Microsoft Word.

/s/ *Casen B. Ross* .
CASEN B. ROSS

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Casen B. Ross* .
CASEN B. ROSS
