| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | SEP 19 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al.,

        Plaintiffs - Appellees,

 v.

FRANK BISIGNANO, Commissioner of Social Security; et al.,

        Defendants - Appellants.

Nos. 25-1677, 25-2637, 25-5875

D.C. No. 3:25-cv-01780-WHA
Northern District of California, San Francisco

ORDER

Before: CHRISTEN, BRESS, and VANDYKE, Circuit Judges.

    Appellees are directed to file any opposition to Appellants' motion to consolidate appeals no later than September 24, 2025. Appellants are directed to file any reply no later than September 26, 2025.