UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al.,

Plaintiffs - Appellees,

v.

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT and CHARLES EZELL, in his official capacity as Acting Director of the U.S. Office of Personnel Management,

Defendants - Appellants,

and

HOWARD W. LUTNICK, Secretary of Commerce; et al.,

Defendants.

No. 25-1677

D.C. No.
3:25-cv-01780-WHA

Northern District of California, San Francisco

MANDATE

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al.,

Plaintiffs - Appellees,

v.

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT and CHARLES EZELL, in his official capacity

No. 25-2637

D.C. No.
3:25-cv-01780-WHA

Northern District of California, San Francisco

as Acting Director of the U.S. Office of Personnel Management,

Defendants - Appellants.

The judgment of this Court, entered September 29, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT